```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 07 B 17992
   EDWARD J CROWE
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-7591

-----------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 10/02/2007 and was confirmed 11/19/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 09/29/2008.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
-----------------------------------------------------------------------
AMERICAS SERVICING CO    CURRENT MORTG     1935.00          .00          1935.00
AMERICAS SERVICING CO    MORTGAGE ARRE     2800.00          .00           135.96
CENTRAL PARK CONDO ASSOC SECURED           2808.00          .00          2808.00
LITTON LOAN SERVICING    CURRENT MORTG    13923.00          .00         13923.00
LITTON LOAN SERVICING    MORTGAGE ARRE    30970.75          .00          1503.89
LITTON MORTGAGE SERVICIN NOTICE ONLY      NOT FILED         .00              .00
ECAST SETTLEMENT CORP    UNSECURED          248.11          .00              .00
TIMOTHY K LIOU           DEBTOR ATTY          .00                            .00
TOM VAUGHN               TRUSTEE                                         1,630.15
DEBTOR REFUND            REFUND                                              .00

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                21,936.00

PRIORITY                                              .00
SECURED                                         20,305.85
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                             1,630.15
DEBTOR REFUND                                         .00
                       ---------------        ---------------
TOTALS                 21,936.00                21,936.00
```

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 17992 EDWARD J CROWE

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 12/22/08 | /s/ Tom Vaughn <br> _____ <br> TOM VAUGHN <br> CHAPTER 13 TRUSTEE |

                              PAGE   2
     CASE NO. 07 B 17992 EDWARD J CROWE